**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

IN RE:                                                        CASE NO.  26-16224-BKC-SMG
                                                             CHAPTER 13

IGOR OLEYEK

_____/

## DECLARATION REGARDING PAYMENT ADVICES

Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv), Fed. R. Bankr. P. 1007(b)(1)(E), and Local Rule 1007-1(c), the debtor declares as follows:

**Debtor**:

_____ Copies of all payment advices or other evidence of payment that the debtor received from any employer within 60 days before the petition was filed—with all but the last 4 digits of the debtor's social security number or individual taxpayer identification number deleted—are attached.

_____ No copies of payment advices or other evidence of payment are attached because the debtor did not receive any payment from any employer within 60 days before the petition was filed.

__X__ No copies of payment advices or other evidence of payment are attached because the debtor:
   _____ receives disability payments
   _____ is unemployed and does not receive unemployment compensation
   _____ receives social security payments
   _____ receives a pension
   _____ does not work outside the home
   __X__ is self-employed and does not receive payment advices

_____ None of the statements above apply, however, the debtor is unable to timely provide copies of all payment advices or other evidence of payment that the debtor received from any employer within 60 days before the petition was filed because: [insert explanation].

**Joint Debtor (if applicable):**

_____ Copies of all payment advices or other evidence of payment that the debtor received from any employer within 60 days before the petition was filed—with all but the last 4 digits of the debtor's social security number or individual taxpayer identification number deleted—are attached.

_____ No copies of payment advices or other evidence of payment are attached because the debtor did not receive any payment from any employer within 60 days before the petition was filed.

LF-10  (06/01/26)                          page 1 of  2

_____ No copies of payment advices or other evidence of payment are attached because the debtor:
     _____ receives disability payments
     _____ is unemployed and does not receive unemployment compensation
     _____ receives social security payments
     _____ receives a pension
     _____ does not work outside the home
     _____ is self-employed and does not receive payment advices

     _____ None of the statements above apply, however, the debtor is unable to timely provide copies of all payment advices or other evidence of payment that the debtor received from any employer within 60 days before the petition was filed because: [insert explanation].

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: 6/6/2026 _____

_____
Debtor's signature

_____
Joint debtor's signature (if applicable)