UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                    Case No. 26-16224-SMG
Igor Oleyek                                               Chapter 13

Debtor.
_____

**OBJECTION TO CONFIRMATION OF DEBTOR'S
CHAPTER 13 PLAN OF REORGANIZATION**

Comes now, JPMorgan Chase Bank, National Association, by and through its undersigned attorney, and hereby files its objection to confirmation of Debtor's Chapter 13 plan of reorganization (Doc. No. 17) and states as follows:

1.      Debtor filed this case on May 14, 2026, when Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2.      Secured Creditor, JPMorgan Chase Bank, National Association, is in the process of drafting its formal proof of Claim which is anticipated to list a secured total claim of $1,088,301.19 an arrearage in the approximate amount of $225,443.52 along with a regular mortgage post-petition payment in the amount of $4,515.32 per month for a mortgage encumbering real property collateral located at 7265 Northwest 64th Terrace, Parkland, FL 33067.

3.      JPMorgan Chase Bank, National Association, objects to confirmation of Debtor's Chapter 13 plan due to the fact that it fails to provide for full repayment of Secured Creditor's first mortgage arrearages and regular monthly payments through Debtor's Chapter 13 plan.

Wherefore, JPMorgan Chase Bank, National Association requests that this Court deny

confirmation of Debtor's Chapter 13 plan of reorganization.

/s/Steven G. Powrozek
Steven G. Powrozek, FL Bar 0316120
Elizabeth Eckhart, FL Bar 48958
LOGS Legal Group LLP
Attorney for Secured Creditor
750 Park of Commerce Blvd.
Suite 130
Boca Raton, FL 33487
Telephone: (813) 880-8888
Fax: (813) 880-8800
E-mail: logsecf@logs.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this __24th__ day of June, 2026 a copy of the foregoing

caused to be served via CM/ECF electronic filing or via First Class U.S. Mail upon the following:

Igor Oleyek
7265 NW 64 Ter.
Parkland, FL 33067

Michael H. Johnson
800 W. Cypress Creek Rd., Ste. 502
Fort Lauderdale, FL 33309

Robin R Weiner
Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355

United States Trustee
51 SW 1st Ave
Suite 1204
Miami, FL 33130

/s/Steven G. Powrozek
Steven G. Powrozek, FL Bar 0316120
Elizabeth Eckhart, FL Bar 48958
LOGS Legal Group LLP
Attorney for Secured Creditor
750 Park of Commerce Blvd.
Suite 130
Boca Raton, FL 33487

Telephone: (813) 880-8888
Fax: (813) 880-8800
E-mail: logsecf@logs.com

23-329579