**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

IN RE:

IGOR OLEYEK
_________________________/

CASE NO. 26-16224-BKC-SMG
CHAPTER 13

# NOTICE OF OBJECTION TO CLAIM

IGOR OLEYEK has filed an objection to your claim in this bankruptcy case.

Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, then you or your lawyer must file a written response within 30 days from the date this objection was served, explaining why your claim should be allowed as filed.

The written response must contain the case name, the case number, your name, and your claim number. If filed by an attorney, the written response must be filed electronically. If filed without an attorney, the written response must be filed with the Clerk of the United States Bankruptcy Court, Southern District of Florida, in the division in which this case is pending:

Miami Division:
United States Bankruptcy Court
Southern District of Florida
C. Clyde Atkins United States Courthouse
301 North Miami Avenue, Room 150
Miami, Florida 33128

Fort Lauderdale Division:
United States Bankruptcy Court
Southern District of Florida
United States Courthouse
299 East Broward Blvd.
Room 112
Ft. Lauderdale, FL 33301

West Palm Beach Division:
United States Bankruptcy Court
Southern District of Florida
Flagler Waterview Building
1515 North Flagler Drive, Suite 801
West Palm Beach, FL 33401

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the deadline stated above.

***If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim and may enter an order sustaining the objection without further notice or hearing.*** *If you or your attorney do file a timely response to the objection, the court will schedule a hearing, by separate notice of hearing, to resolve the objection.*

**Objection to Claim Number 3-1**

IGOR OLEYEK objects to claim number 3-1 filed by LVNV Funding, LLC as an general unsecured claim on May 22, 2026, for the following reasons:

The creditor filed an unsecured claim in the amount of $858.91. The Debtor states that this debt is time barred as it was charged off on July 28, 2005.

IGOR OLEYEK requests that the court sustain the Objection and strike claim in its entirety

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Objection and the Notice of Hearing Generated by the Court upon filing of instant motion will be served pursuant to Bankruptcy Rule 7004 on the Chapter 13 trustee and the following affected parties in the manner described below on this 12th day of August, 2026 and that I have conferred with opposing counsel in an attempt to resolve these issues before requesting this hearing:

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in local rule 910(d)(1) and (2).

**Served Upon:**
**Via CM/ECF:**
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

**Via US Mail:**
LVNV Funding, LLC
c/o Resurgent Capital Services
POB 10587
Greenville, SC 29603-0368
ATTN: Brandie McCann, Claims Processor

**Via email:**
Brandie McCann, Claims Processor
askbk@resurgent.com

Dated: August 12, 2026

LAW OFFICES OF MICHAEL H. JOHNSON
Attorneys for Debtor(s)
800 W. Cypress Creek Rd., Ste 502
Ft. Lauderdale, FL 33309
(954) 535-1131

By: /s/ Michael H. Johnson
Michael H. Johnson
Florida Bar No. 0149543