**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 26-16224-BKC-SMG**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

IGOR OLEYEK
XXX-XX-5193

DEBTOR ______________________/

**NOTICE OF CONTINUED CONFIRMATION HEARING**

**YOU ARE HEREBY NOTIFIED that the Confirmation Hearing has been continued to September 10, 2026 at 9:00 AM at the United States Federal Bankruptcy Courthouse, 299 East Broward Boulevard, Room 308, Fort Lauderdale, FL 33301.**

**PLEASE TAKE NOTICE** the Court may dismiss the above-referenced case for failure to propose a confirmable plan or for any other reason deemed necessary by the Court without further notice.

**I HEREBY CERTIFY** that I am a member in good standing of the Bar of the United States District Court for the Southern District of Florida and I am a registered user in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 9010-1(A). A true and correct copy of this Notice of Continued Confirmation Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 20th day of August, 2026.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
IGOR OLEYEK
7265 NW 64 TER.
PARKLAND, FL 33067

**ATTORNEY FOR DEBTOR**
MICHAEL H. JOHNSON, ESQUIRE
800 WEST CYPRESS CREEK ROAD
SUITE 502
FORT LAUDERDALE, FL 33309

**MICHAEL H. JOHNSON, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.