**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

IN RE:

CASE NO. 26-16224-BKC-SMG
CHAPTER 13

IGOR OLEYEK
_______________________/

## AMENDED NOTICE OF OBJECTION TO CLAIM

IGOR OLEYEK has filed an objection to your claim in this bankruptcy case.

Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, then you or your lawyer must file a written response within 30 days from the date this objection was served, explaining why your claim should be allowed as filed.

The written response must contain the case name, the case number, your name, and your claim number. If filed by an attorney, the written response must be filed electronically. If filed without an attorney, the written response must be filed with the Clerk of the United States Bankruptcy Court, Southern District of Florida, in the division in which this case is pending:

Miami Division:
United States Bankruptcy Court
Southern District of Florida
C. Clyde Atkins United States Courthouse
301 North Miami Avenue, Room 150
Miami, Florida 33128

Fort Lauderdale Division:
United States Bankruptcy Court
Southern District of Florida
United States Courthouse
299 East Broward Blvd.
Room 112
Ft. Lauderdale, FL 33301

West Palm Beach Division:
United States Bankruptcy Court
Southern District of Florida
Flagler Waterview Building
1515 North Flagler Drive, Suite 801
West Palm Beach, FL 33401

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the deadline stated above.

***If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim and may enter an order sustaining the objection without further notice or hearing.*** *If you or your attorney do file a timely response to the objection, the court will schedule a hearing, by separate notice of hearing, to resolve the objection.*

## Objection to Claim Number 4-2

IGOR OLEYEK objects to claim number 4-2 filed by Department of the Treasury – Internal Revenue Service as a priority claim on July 22, 2026, for the following reasons:

The creditor filed a priority claim in the amount of $9,836.69 in part for an unfiled 2025 tax return. The Debtor asserts that the 2025 tax return has been filed and she is to receive a refund.

IGOR OLEYEK requests that the court sustain the Objection and limit the priority claim to $5,044.30 for 2023 taxes owing.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Objection and the Notice of Hearing Generated by the Court upon filing of instant motion will be served pursuant to Bankruptcy Rule 7004 on the Chapter 13 trustee and the following affected parties in the manner described below on this 4th day of September, 2026 and that I have conferred with opposing counsel in an attempt to resolve these issues before requesting this hearing:

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in local rule 910(d)(1) and (2).

**Served Upon:**

**Via CM/ECF:**
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

**Via US Mail:**
U.S. Attorney's Office for the Southern District of Florida
Attn: Civil Processing Clerk
99 NE 4 St.
Miami, FL. 33132

Department of the Treasury-Internal Revenue Service
P.O. Box 7346
Philadelphia, PA. 19107-7346

Todd Blanche
Attorney General of the United States
950 Pennsylvania Ave., NW, Room 4400
Washington D.C. 20530

Jason Reding Quinones
United States Attorney
Southern District of Florida
99 NE 4th St., Ste 300
Miami, FL. 33132

Special Assistant United States Attorney
Associate Area Counsel (SBSE) Ft. Lauderdale
1000 South Pine Island Road, Ste 300
Plantation, FL. 33324

Internal Revenue Service
400 W. Bay St., M/S 5720
Jacksonville, FL 32202
ATTN: Munir Manjiani Bankuptcy Specialist

**Via email:**
Christian Somodevilla on behalf of Creditor United States of America IRS
Christian.Somodevilla@usdoj.gov, shannon.patterson@usdoj.gov;bridgett.moore@usdoj.gov

Francys Marcenaros
Francys.Marcenaros@usdoj.gov

Munir Manjiani Bankuptcy Specialist
Munir.manjiani@irs.gov

Dated: September 4, 2026

LAW OFFICES OF MICHAEL H. JOHNSON
Attorneys for Debtor(s)
800 W. Cypress Creek Rd., Ste 502
Ft. Lauderdale, FL 33309
(954) 535-1131

By: /s/ Michael H. Johnson
Michael H. Johnson
Florida Bar No. 0149543