**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE: CASE NO.: 26-16224-SMG

IGOR OLEYEK, CHAPTER 13

Debtor.
_______________________________________/

**UNITED STATES OF AMERICA'S**
**OBJECTION TO CONFIRMATION**

The United States of America, by and through its undersigned Assistant United States Attorney, on behalf of the Internal Revenue Service ("IRS"), hereby objects to confirmation of the Debtor's *First Amended Chapter 13 Plan* (the "Plan") [D.E.32] and in support thereof states as follows:

1. On May 14, 2026, Igor Oleyek (the "Debtor") filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code").

2. On July 22, 2026, the IRS filed amended proof of claim 4-2 (the "Amended Claim") setting forth an unsecured priority claim in the amount of $9,836.69 and an unsecured general claim in the amount of $538.64.

3. On August 12, 2026, the Debtor filed the Amended Plan.

4. Section 1322(a)(2) of the Bankruptcy Code states that a plan "shall provide for the full payment, in deferred cash payments, of all claims entitled to priority under section 507 of this title, unless the holder of a particular claim agrees to a different treatment of such claim." 11 U.S.C. § 1322(a)(2). The IRS' claim is entitled to priority treatment pursuant to 11 U.S.C. § 507(a)(8).

5. The IRS contends that the Debtor's Amended Plan fails to provide full payment toward the IRS' priority claim.

6. Therefore, the Debtor's Amended Plan cannot be confirmed.

**WHEREFORE**, the United States of America respectfully requests that the Court enter an Order: (i) denying confirmation of the Debtor's Amended Plan; (ii) requiring the Debtor to file a plan that conforms to the Claim as required under the Bankruptcy Code; and (iii) providing for such further relief as this Court deems just and proper.

Respectfully submitted,

**JASON A. REDING QUIÑONES**
**UNITED STATES ATTORNEY**

By: */s/Christian Somodevilla*
CHRISTIAN SOMODEVILLA
Assistant United States Attorney
Florida Bar No. 59539
Christian.Somodevilla@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9092
Facsimile: (305) 530 -7139

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 1, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case or via U.S. mail as listed in the below Service List.

/s/*Christian Somodevilla*
CHRISTIAN SOMODEVILLA

## Service List

**VIA CM/ECF Notice:**

**26-16224-SMG Notice will be electronically mailed to:**

Michael H. Johnson info@attorneydebthelper.com,
LawOfficesofMichaelHJohnsonFortLauderdale@jubileebk.net

Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

Steven G. Powrozek spowrozek@logs.com, LOGSECF@logs.com

Christian Somodevilla on behalf of Creditor United States of America, Department of Treasury, Internal Revenue Service
Christian.Somodevilla @usdoj.gov, Shannon.Patterson@usdoj.gov, Bridgett.Moore@usdoj.gov

Robin R Weiner auto-forward-ecf@ch13weiner.com